IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

LATEESHA PATRICE WATKINS,

                        Plaintiff,

v.                                         OPINION and ORDER

FOND DU LAC DIST. ATT'Y OFFICE, FOND DU
LAC POLICE DEP'T, JODEAN SIMPSON, WALLICK       25-cv-97-jdp
COMMUNITIES, and DES MOINES POLICE DEP'T,

                        Defendants.

---

       Plaintiff Lateesha Patrice Watkins, a current Iowa resident, formerly resided at the Maplewood Commons Apartments in Fond du Lac, Wisconsin. Watkins brought a complaint alleging, among other claims, that she was mistreated at Maplewood by the property manager and other residents, and that she was subjected to unlawful seizure, false arrest, and malicious prosecution. Dkt. 1. I dismissed the complaint for failure to state a claim for which I could grant relief and for improper joinder, but I gave Watkins until October 6, 2025, to amend the complaint to fix the problems with her Fourth Amendment false arrest and malicious prosecution claims against individual Fond du Lac Police Department officers related to initiation and dismissal of Fond du Lac County case no. 2021CF934. Dkt. 4. I cautioned Watkins that I would dismiss the case if she failed to comply with the order to amend.

       Watkins hasn't filed an amended complaint. Nor has she sought an extension of time to complete that task or otherwise tried to explain her failure to comply with my order. I will dismiss Watkins's claims based on events that occurred in Wisconsin for failure to state a claim for the reasons in my order. *See Paul v. Marberry*, 658 F.3d 702, 705 (7th Cir. 2011) ("[W]hen . . . the plaintiff is told to amend his . . . complaint and fails to do so, the proper ground of

dismissal is not want of prosecution but failure to state a claim . . . ."). I will dismiss Watkins's claims based on events that occurred in Des Moines, or against the Des Moines Police Department, for improper joinder for the reasons in my order. As a result, Watkins is not allowed to pursue any of the claims raised in her complaint in this court in the future, but she may pursue the claims dismissed for improper joinder in an appropriate Iowa court.

ORDER

IT IS ORDERED that:

1. Plaintiff Lateesha Patrice Watkins's complaint, Dkt. 1, is DISMISSED for failure to state a claim and improper joinder.

2. The clerk of court is directed to enter judgment and close the case.

Entered October 28, 2025.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge